COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:        01-14-00460-CV

Style:        In the interest of L.M.S. aka L.S., a Child


Date motion filed[*]:    August 28, 2014

Type of motion:    Unopposed motion for extension of time to file appellant's brief

Party filing motion:    Appellant

Document to be filed:    Appellant's brief

Is appeal accelerated?    Yes

If motion to extend time:

    Original due date:    July 21, 2014

    Number of prior extensions:    0    Current Due date:  July 21, 2014

    Date Requested:    September 19, 2014

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:  September 19, 2014

        ☑    The Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

    **The motion is granted.  No further extensions of time will be granted.  If appellant's brief is not filed by September 19, 2014, we may require appellant's counsel to appear and show cause why the brief has not been filed.**

Judge's signature: /s/ Sherry Radack
        ☒ Acting individually    ☐ Acting for the Court
Panel consists of _____
Date:  September 2, 2014


November 7, 2008 Revision